UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL RODRIGUEZ,<br><br>Defendant | ) Criminal No.  26cr10069<br>)<br>) Violations:<br>)<br>) Count One: Sex Trafficking of a Minor<br>) (18 U.S.C. §§ 1591(a)(1), (b)(2), and (c))<br>)<br>) Counts Two-Five: Sex Trafficking By Force,<br>) Fraud, and Coercion<br>) (18 U.S.C. §§ 1591(a)(1), (b)(1)<br>)<br>) Count Six: Attempted Sex Trafficking By Force,<br>) Fraud, and Coercion<br>) (18 U.S.C. §§ 1591(a), (b)(1), and 1594(a))<br>)<br>) Count Seven: Transporting a Person to Engage<br>) in Prostitution<br>) (18 U.S.C. § 2421(a))<br>)<br>) Sex Trafficking Forfeiture Allegation:<br>) (18 U.S.C. § 1594(d) and<br>) 28 U.S.C. § 2461(c))<br>)<br>) Transportation   for   Prostitution   Forfeiture<br>) Allegation:<br>) (18 U.S.C. § 2428(a)) |

INDICTMENT

1

<u>COUNT ONE</u>
Sex Trafficking of a Minor
(18 U.S.C. §§ 1591(a), (b)(2), and (c))

The Grand Jury charges:

Between in or around April 2018 and November 1, 2018, in the district of Massachusetts and elsewhere, the defendant,

DANIEL RODRIGUEZ,

did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means Victim 1, a person known to the Grand Jury who had not attained the age of 18, having had a reasonable opportunity to observe Victim 1 and knowing and, except where advertising, in reckless disregard of the fact that Victim 1 was under the age of 18 years old and that Victim 1 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

2

## COUNT TWO
### Sex Trafficking by Force, Fraud, and Coercion
(18 U.S.C. §§ 1591(a)(1), (b)(1))

The Grand Jury further charges:

From November 2, 2018, through in or around November 2020, in the district of Massachusetts and elsewhere, the defendant,

### DANIEL RODRIGUEZ,

did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means Victim 1, a person known to the Grand Jury, and knowing and, except where advertising, in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

3

## COUNT THREE
### Sex Trafficking by Force, Fraud, and Coercion
(18 U.S.C. §§ 1591(a)(1), (b)(1))

The Grand Jury further charges:

From at least November 2025 through January 2026, in the district of Massachusetts and elsewhere, the defendant,

### DANIEL RODRIGUEZ,

did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means Victim 4, a person known to the Grand Jury, and knowing and, except where advertising, in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 4 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

4

<u>COUNT FOUR</u>
Sex Trafficking by Force, Fraud, and Coercion
(18 U.S.C. §§ 1591(a)(1), (b)(1))

The Grand Jury further charges:

From in and around 2020 through January 2026, in the district of Massachusetts and elsewhere, the defendant,

DANIEL RODRIGUEZ,

did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means Victim 5, a person known to the Grand Jury, and knowing and, except where advertising, in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 5 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

5

## COUNT FIVE
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. §§ 1591(a)(1), (b)(1))

The Grand Jury further charges:

From in or around November 14, 2022, through at least December 2024, in the district of Massachusetts and elsewhere, the defendant,

### DANIEL RODRIGUEZ,

did knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means Victim 6, a person known to the Grand Jury, and knowing and, except where advertising, in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 6 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

6

## COUNT SIX
### Attempted Sex Trafficking by Force, Fraud, and Coercion
(18 U.S.C. §§ 1591(a)(1), (b)(1), and 1594(a))

The Grand Jury further charges:

In or around 2017, in the District of Massachusetts and elsewhere, the defendant,

### DANIEL RODRIGUEZ,

did knowingly, in or affecting interstate commerce, attempt to recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means Victim 2, a person known to the Grand Jury, and knowing and, except where advertising, in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 2 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 1594(a).

7

## COUNT SEVEN
### Transporting a Person to Engage in Prostitution
### (18 U.S.C. § 2421(a))

The Grand Jury further charges:

From on or about November 19, 2025, to at least December 5, 2025, in the district of Massachusetts and elsewhere, the defendant,

### DANIEL RODRIGUEZ,

did knowingly transport Victim 4 in interstate commerce, to wit, between Massachusetts and several other states (including but not limited to New Jersey, South Carolina, Florida, and Tennessee), with intent that Victim 4 engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421(a).

8

## SEX TRAFFICKING FORFEITURE ALLEGATION
### (18 U.S.C. § 1594(d))

1. Upon conviction of one or more offenses in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2), and (c), and 1594, set forth in Counts One through Six, the defendant,

### DANIEL RODRIGUEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d): (1) the defendant's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such offense, and any property traceable to such property; and (2) any property, real or personal, which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as a result of such offense, and any property traceable to such property.

2. If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 1594(d), as a result of any act or omission of the defendant–

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 1591(d).

## TRANSPORTATION FOR PROSTITUTION FORFEITURE ALLEGATION
(18 U.S.C. § 2428(a))

1.      Upon conviction of one or more offenses in violation of Title 18, United States Code, Section 2421, set forth in Count Seven, the defendant,

DANIEL RODRIGUEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a): (1) the defendant's interest in any property, real or personal, used, or intended to be used to commit or to facilitate the commission of such offense, and any property traceable to such property; and (2) any property, real or personal, which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as a result of such offense, and any property traceable to such property.

2.      If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2428(a), as a result of any act or omission of the defendant–

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

11

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2428(a).

A TRUE BILL

\FOREPERSON\

ELIZABETH RILEY
CRAIG ESTES
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March \〇 , 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, 2:50pm

DEPUTY CLERK

12